**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00543-GWF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| ROBERT UMAJESTY PERKINS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for February 1, 2018 at 4:00 p.m., be vacated and continued to __March 20, 2018__ at the hour of __4:00 p.m.__.

Dated this __31__ day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE